# DENNIS L. THOMPSON

Attorney at Law

112 First Street West
Fort Payne, AL 35967
Telephone: (256) 845-5055
Fax: (256) 845-5660
May 23, 2005

US Bankruptcy Court
914 Noble Street
PO Box 2008
Anniston, AL 36202-2008

RE:     BK-02-41795-JSS7

Dear Clerk Of Court:

Due to an error during the filing of the Voluntary Petition in the above-referenced case the Voluntary Petition indicates that there will be a assets sheet attached to this Bankruptcy. Please note that there is no Asset Sheet to be attached in this Chapter 7 Bankruptcy.

Should you have any questions or concerns please feel free to contact me at the above number.

Sincerely,

Gina Mancuso/Paralegal
Dennis L. Thompson, Esq.